# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>6 Cellular Phones currently located at 601 4th Street,<br>NW, Washington, DC | )<br>)<br>)    Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A as part of the Affidavit in Support of the Application for this Search Warrant.

located in the _____ District of  Columbia , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B as part of the Affidavit in Support of the Application for this Search Warrant.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 846, 841(b)(1)(B)(i), & 841(b)(1)(C) | Conspiracy to distribute narcotics; and distribution of heroin. |

The application is based on these facts:

See Attached Affidavit in Support of Search Warrant.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christine Roe, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state:   Washington, DC    Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*